# EXHIBIT A

**TaxNetUSA: Travis County**    Property ID Number: **714582**   Ref ID2 Number: **02105006220000**

| | | |
|---|---|---|
| Owner's Name | SAENZ MARCUS | |
| Mailing Address | 7051 GILBERT RD<br>AUSTIN, TX 78724- | |
| Location | 7051 GILBERT RD AUSTIN 78724 | |
| Legal | ABS 60 SUR 40 BUCKMAN O ACR 12.00 | |

### Property Details

| | |
|---|---|
| Deed Date | 08102006 |
| Deed Volume | |
| Deed Page | |
| Exemptions | HS |
| Freeze Exempt | F |
| ARB Protest | F |
| Agent Code | 0 |
| Land Acres | 12.0000 |
| Block | |
| Tract or Lot | |
| Docket No. | 2006157226TR |
| Abstract Code | A0060 |
| Neighborhood Code | _RGN405 |

### Value Information — 2010 Preliminary

| | |
|---|---|
| Land Value | 120,000.00 |
| Improvement Value | 1,088,104.00 |
| AG Value | 0.00 |
| AG Productivity Value | 0.00 |
| Timber Value | 0.00 |
| Timber Productivity Value | 0.00 |
| Assessed Value | 1,208,104.00 |
| 10% Cap Value | 0.00 |
| Total Value | 1,208,104.00 |

**Data up to date as of 2010-09-01**

### Value By Jurisdiction

| Entity Code | Entity Name | 2009 Tax Rate | Assessed Value | Taxable Value | Market Value | Appraised Value |
|---|---|---|---|---|---|---|
| 0A | TRAVIS CENTRAL APP DIST | | 1,208,104.00 | 1,208,104.00 | 1,208,104.00 | 1,208,104.00 |
| 03 | TRAVIS COUNTY | 0.421500 | 1,208,104.00 | 966,483.00 | 1,208,104.00 | 1,208,104.00 |
| 06 | DEL VALLE ISD | 1.480000 | 1,208,104.00 | 1,193,104.00 | 1,208,104.00 | 1,208,104.00 |
| 2J | TRAVIS CO HEALTHCARE DIST | 0.067400 | 1,208,104.00 | 966,483.00 | 1,208,104.00 | 1,208,104.00 |
| 68 | AUSTIN COMM COLL DIST | 0.094600 | 1,208,104.00 | 1,196,023.00 | 1,208,104.00 | 1,208,104.00 |
| 72 | TRAVIS CO ESD NO 12 | 0.100000 | 1,208,104.00 | 1,208,104.00 | 1,208,104.00 | 1,208,104.00 |

### Improvement Information

| Improvement ID | State Category | Description |
|---|---|---|
| 670341 | A1 | 1 FAM DWELLING |

### Segment Information

| Imp ID | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| 670341 | 4118043 | 1ST | 1st Floor | WP6+ | 2006 | 5,613 |
| 670341 | 4118045 | 2ND | 2nd Floor | WP6+ | 2006 | 1,909 |
| 670341 | 4118046 | 011 | PORCH OPEN 1ST F | *6+ | 2006 | 984 |
| 670341 | 4118047 | 012 | PORCH OPEN 2ND F | *6+ | 2006 | 984 |
| 670341 | 4118048 | 011 | PORCH OPEN 1ST F | *6+ | 2006 | 423 |
| 670341 | 4118049 | 041 | GARAGE ATT 1ST F | WP6+ | 2006 | 989 |
| 670341 | 4118050 | 031 | GARAGE DET 1ST F | WP6+ | 2006 | 3,000 |
| 670341 | 4118051 | 251 | BATHROOM | ** | 2006 | 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 670341 | 4118052 | 522 | FIREPLACE | *6+ | 2006 | 1 |
| 670341 | 4118053 | 612 | TERRACE UNCOVERD | *6+ | 2006 | 490 |
| 670341 | 4118054 | 095 | HVAC RESIDENTIAL | ** | 2006 | 7,522 |
| 670341 | 4118055 | 604 | POOL RES CONC | *6+ | 2006 | 1 |
| 670341 | 4118056 | 447 | SPA CONCRETE | *6+ | 2006 | 1 |
| 670341 | 4118057 | 435 | FENCE IRON LF | A* | 2006 | 100 |
| 670341 | 4118058 | 437 | FENCE MASON LF | A* | 2006 | 50 |

Total Living Area **7,522**

**Land Information**

| Land ID | Type Code | SPTB Code | Homesite | Size-Acres | Front | Depth | Size-Sqft |
|---|---|---|---|---|---|---|---|
| 649995 | LAND | A1 | T | 12.000 | 0 | 0 | 522,720 |