# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 10–12422–hcm
Chapter No.: 7
Judge: H. Christopher Mott

IN RE: **Marcus Saenz**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 2, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **11/22/10 at 09:30 AM**

Hearing RESET FROM 10/25/10 TO 11/22/10 (Related Document(s): [11] Motion for Relief from Stay (15 Day Objection Language)( Filing Fee: $ 150.00 ) filed by Michael J. Schroeder for Creditor Aurora Loan Services, LLC (Attachments: # (1) Exhibit PAY HISTORY# (2) Exhibit LOAN DOCUMENTS)(Schroeder, Michael) Modified on 9/13/2010 Added Objection Language) (Miiller, Sherri).) Hearing Scheduled For 11/22/2010 at 09:30 AM at Austin Courtroom 2 (Farrar, Ronda)

Dated: 10/25/10

George D. Prentice II
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]